IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS SLOANE, individually and on behalf of all persons similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. Act. No. 2:15-cv-01208-NBF ) |
| GULF INTERSTATE FIELD SERVICES, INC., | ) ) ) |
| Defendant. | ) ) ) |

## MOTION FOR ADMISSION PRO HAC VICE
## OF ANNETTE A. IDALSKI

Annette A. Idalski, undersigned counsel for Defendant, hereby moves that Annette A. Idalski be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant, Gulf Interstate Field Services, Inc., in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, the undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Annette A. Idalski filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted this 6th day of November, 2015

                                               CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY

                                               /s/ Annette A. Idalski
                                               Annette A. Idalski
                                               Bar ID No. GA005559
                                               *Pro Hac Vice Pending*

CHAMBERLAIN HRDLICKA WHITE WILLIAMS & AUGHTRY
191 Peachtree Street, N.E., 34th floor
Atlanta, GA  30303-1747
Tel: (404) 658-5386
Fax: (404) 658-5387
annette.idalski@chamberlainlaw.com

*Counsel for Defendant Gulf Interstate Field Services, Inc.*

## CERITIFICATE OF SERVICE

I hereby certify that on this day a copy of the foregoing **MOTION FOR ADMISSION PRO HAC VICE OF ANNETTE A. IDALSKI** and supporting **AFFIDAVIT FOR ADMISSION PRO HAC VICE OF ANNETTE A. IDALSKI** was filed electronically with the Court's CM/ECF which will send notifications to all parties and/or counsel of record, including the following:

| | |
|---|---|
| Shanon J. Carson | Richard J. (Rex) Burch |
| Sarah R. Shalman-Bergen | James A Jones |
| Alexandra K. Piazza | BRUCKNER BURCH PLLC |
| BERGER & MONTAGUE, P.C. | 8 Greenway Plaza, Suite 1500 |
| 1622 Locust Street | Houston, Texas 77046 |
| Philadelphia, PA 19103 | |

Respectfully submitted this 6th day of November, 2015

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY

/s/ Annette A. Idalski
Annette A. Idalski
Bar ID No. GA005559
*Pro Hac Vice Pending*

*Counsel for Defendant Gulf Interstate Field Services, Inc.*