## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS SLOANE, individually and on behalf of all persons similarly situated,** | **Civil Action No.: 2:15-cv-1208-NBF** |
| **Plaintiff,** | **Judge Nora Barry Fischer** |
| v. | **ELECTRONICALLY FILED** |
| **GULF INTERSTATE FIELD SERVICES, INC.,** | |
| **Defendant.** | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES A. JONES

James A. Jones, undersigned counsel for Plaintiff Thomas Sloane, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Thomas Sloane in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 01-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of James A. Jones filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated:  November 25, 2015              Respectfully submitted,

                                                                   s/ **James A. Jones**
                                                                   James A. Jones
                                                                   **BRUCKNER BURCH PLLC**
                                                                   8 Greenway Plaza, Ste 1500
                                                                   Houston, TX  77046

                                                                   *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of November, 2015 a copy of the foregoing was served electronically through the Court's ECF System to all parties of record.

/s **James A. Jones**
James A. Jones