IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS SLOANE, individually and on behalf of all persons similarly situated,** | : Civil Action No.: 2:15-cv-1208-NBF |
| Plaintiff, | : Judge Nora Barry Fischer |
| v. | : ELECTRONICALLY FILED |
| **GULF INTERSTATE FIELD SERVICES, INC.,** | : |
| Defendant. | : |

## MOTION FOR ADMISSION *PRO HAC VICE* OF RICHARD J. (REX) BURCH

Richard J. (Rex) Burch, undersigned counsel for Plaintiff Thomas Sloane, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Thomas Sloane in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 01-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Richard J. (Rex) Burch filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated:  December 7, 2015         Respectfully submitted,

                                            **BRUCKNER BURCH PLLC**

                                            **/s/ Rex Burch**
                                  By: _____
                                          Richard J. (Rex) Burch
                                          Texas Bar No. 24001807
                                 8 Greenway Plaza, Suite 1500
                                 Houston, Texas 77046
                                 Telephone: (713) 877-8788
                                 Telecopier: (713) 877-8065

                                          *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of December, 2015 a copy of the foregoing was served electronically through the Court's ECF System to all parties of record.

**/s/ Rex Burch**

_____
Richard J. (Rex) Burch