IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS SLOANE, individually and on behalf of all persons similarly situated,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**GULF INTERSTATE FIELD SERVICES, INC.,** )<br>)<br>**Defendant.** )<br>) | CIVIL ACTION NO.<br>2:15-cv-01208-NBF |

## MOTION FOR ADMISSION *PRO HAC VICE* OF PETER N. HALL

Peter N. Hall, undersigned counsel for Defendant, hereby moves that Peter N. Hall be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant, Gulf Interstate Field Services, Inc., in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, the undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Peter N. Hall filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: February 8, 2016

/s/ Peter N. Hall
Peter N. Hall
Bar ID No. GA141376
CHAMBERLAIN HRDLICKA WHITE
WILLIAMS & AUGHTRY
191 Peachtree Street, N.E., 34th floor
Atlanta, GA  30303-1747

1

Tel: (404) 658-5386
Fax: (404) 658-5387
peter.hall@chamberlainlaw.com

*Counsel for Defendant Gulf Interstate Field Services, Inc.*

## **CERITIFICATE OF SERVICE**

I hereby certify that on this day a copy of the foregoing **MOTION FOR ADMISSION PRO HAC VICE OF PETER N. HALL** and supporting **AFFIDAVIT FOR ADMISSION PRO HAC VICE OF PETER N. HALL** was filed electronically with the Court's CM/ECF which will send notifications to all parties and/or counsel of record, including the following:

| | |
|---|---|
| Shanon J. Carson | Timothy K. Lewis |
| Sarah R. Shalman-Bergen | Keith E. Whitson |
| Alexandra K. Piazza | Jonathan B. Skowron |
| BERGER & MONTAGUE, P.C. | SCHNADER HARRISON SEGAL & |
| 1622 Locust Street | LEWIS, LLP |
| Philadelphia, PA 19103 | 120 Fifth Avenue, Suite 2700 |
| | Pittsburgh, PA 15222 |

Richard J. (Rex) Burch
James A Jones
BRUCKNER BURCH PLLC
8 Greenway Plaza, Suite 1500
Houston, Texas 77046

CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY

Dated: February 8, 2016         /s/ Peter N. Hall
                                Peter N. Hall
                                *Pro Hac Pending*