# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

  I Richard J. (Rex) Burch, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:    Bruckner Burch PLLC

        8 Greenway Plaza, Ste. 1500

        Houston, Texas 77046

Office Telephone:    713-877-8788

  I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

5th Circuit Court of Appeals (2005); 2nd Circuit Court of Appeals (2010); 9th Circuit Court of Appeals (2013); Central District of Illinois (2009); Northern District of Illinois (2009); Southern District of Illinois (2014); State of TX (1997); Eastern District of TX (2000);

Northern District of TX (2004); Southern District of TX (1997); Western District of TX (2005); District of Colorado (2014); Federal Courts of Claims (2013); Western District of Pennsylvania (2016); District of New Mexico (2015).

My attorney Identification number is: TX 24001807

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____  Date: _____

_____ SPECIAL ADMISSION:

GRANTED BY THE COURT _____  Date: _____

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

None.

I do ___ , do not _X_ , have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain:

I am seeking:

_____ General Admission under Local Rule LR 83.8.1

_X_____ Special Admission (specify by a check which rule) under

LR 83.8.2.1 _X_, LR 83.8.2.2_____, LR 83.8.2.3_____, or LR 83.8.2.4 _____

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

I am counsel of record for Plaintiff, and seek special admission to represent

Thomas Sloane, et al.

NAME THE PARTY YOU REPRESENT:

Thomas Sloane, et al.

If special admission is requested for a particular case, please list case number and caption: Case # _4:16-cv-01571-MWB_

Caption # _Thomas Sloane, et al. v. Gulf Interstate Field Services, Inc._

I understand that:

1)     If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2)     If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

    If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

    Shannon J. Carson (PA 85957); Sara R. Schalman-Bergen (PA 206211); Alexandra K. Piazza (PA 315240); Berger & Montague, P.C.; 1622 Locust St., Philadelphia PA 19103; (215) 875-3000; scarson@bm.net; sschalman-bergen@bm.net; apiazza@bm.net

3)     If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

**/s/ Richard J. (Rex) Burch**

PETITIONER

24001807

TX Bar Number

8/22/16

Date

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

NAME OF PETITIONER Richard J. (Rex) Burch

## CERTIFICATE OF SERVICE

On August 22, 2016, I served this document via the Court's ECF system.

**/s/ Rex Burch**

_____

Richard J. (Rex) Burch