IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS SLOANE, individually and on behalf of all persons similarly situated, | : : : : | No. 4:16-cv-01571 (Judge Brann) |
| Plaintiff, | : : | |
| v. | : : | |
| GULF INTERSTATE FIELD SERVICES, INC., | : : : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 24th day of March, 2017, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion to Facilitate Notice and for Certification of a Nationwide Collective Action, pursuant to 29 U.S.C. § 216(b), ECF No.141, is **DENIED**. The opt-in Plaintiffs are **DISMISSED**.

2. Plaintiff's Motion for Class Certification pursuant to Federal Rule of Civil Procedure 23, ECF No. 142, is **DENIED**.

3. The discovery deadline is reset to May 19, 2017.

4. The dispositive motions deadline is reset to July 18, 2017.

5. The remaining case management deadlines will be set, if necessary, after the Court resolves the parties' dispositive motions.

BY THE COURT:


s/ Matthew W. Brann
Matthew W. Brann
United States District Judge