**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

THOMAS SLOANE,

        Plaintiff.

    v.

GULF INTERSTATE FIELD
SERVICES, INC.,

        Defendant.

No. 4:16-CV-01571

(Judge Brann)

## ORDER

**AND NOW**, this 26th day of February 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment, ECF No. 210, is **DENIED.**

2. Defendant's Motion to Strike Portions of the Declaration of Thomas Sloane, ECF No. 216, is **DENIED AS MOOT.**

                    BY THE COURT:

                    *s/ Matthew W. Brann*
                    Matthew W. Brann
                    United States District Judge