UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TOM HUGHES & DESMOND MCDONALD, on Behalf of Themselves and Others Similarly Situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>GULF INTERSTATE FIELD SERVICES, INC.,<br><br>*Defendant.* | CONSOLIDATED CASES<br><br>CASE NO. 2:14-cv-00432-EAS-EPD<br><br>Chief Judge Edmund A. Sargus |
| ALLEN HINKLE, JUSTIN BISH, and RODNEY LALONDE,<br><br>*Plaintiffs,*<br><br>v.<br><br>GULF INTERSTATE FIELD SERVICES, INC.,<br><br>*Defendant.* | |
| RICHARD STAPLEMAN,<br><br>*Plaintiff,*<br><br>v.<br><br>GULF INTERSTATE FIELD SERVICES, INC.,<br><br>*Defendant.* | ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT |
| THOMAS SLOANE,<br><br>*Plaintiff,*<br><br>v.<br><br>GULF INTERSTATE FIELD SERVICES, INC.,<br><br>*Defendant.* | |

AND NOW, upon consideration of the Plaintiffs' Unopposed Motion for Final Class and Collective Action Settlement Approval, the Court hereby grants the Motion and **ORDERS** as follows:

Plaintiffs' Unopposed Motion for Final Class and Collective Action Settlement Approval came before this Court on April 23, 2019. The proposed settlement in this case was preliminarily approved by this Court on January 15, 2019. Pursuant to the Court's Preliminary Approval Order and the Notice provided to the Ohio Class, the Court conducted a final fairness hearing as required by Federal Rule of Civil Procedure 23(e). The Court has reviewed the materials submitted by the parties and has heard arguments presented by counsel at the hearing. For the reasons cited on the record as well as those stated hereafter, the Court finds and orders as follows:

1. The Court hereby grants final approval of the Class and Collective Action Settlement based upon the terms set forth in the Preliminary Approval Order and the Settlement Agreement filed by the parties. The Court finds the Settlement fair, adequate, and reasonable to the Class.

2. The Court finds that this action satisfies the requirements of Rule 23 for settlement purposes only and further finds that the Class has at all times been adequately represented by the Class Representatives and Class Counsel.

3. The Notice approved by the Court was provided by First Class direct mail to the last-known address of each of the individuals identified as members of the Ohio Class and by e-mail (via DocuSign). In addition, follow-up efforts were made to send the Notice to those individuals whose original notices were returned as undeliverable. The Notice adequately described all of the relevant and necessary parts of the proposed Settlement, and Class Counsel's request for an award of attorneys' fees and costs.

4. The Court finds that the Notice given to the Class fully complied with Rule 23, was the best notice practicable, satisfied all constitutional due process concerns, and provides the Court with jurisdiction over the Class Members.

5. The Court has concluded that the Settlement Agreement is fair, reasonable, and adequate under state and federal laws, including the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. The Court finds that the uncertainty and delay of further litigation strongly supports the reasonableness and adequacy of the $2,341,453.16 Settlement Amount established pursuant to the Settlement Agreement.

6. The Settlement is **HEREBY APPROVED** in its entirety.

7. The Settlement Fund shall be dispersed in accordance with the Settlement Agreement as detailed in the Motion for Preliminary Approval of Class and Collective Action Settlement, granted on January 15, 2019.

8. The Court finds Plaintiffs' requested amounts for attorneys' fees and costs reasonable. Plaintiffs' application for attorneys' fees in the amount of $757,585.65 and costs in the amount of $86,563.16 is thus granted.

9. This case is hereby **DISMISSED WITH PREJUDICE,** with each party to bear his, her, or its own costs, except as set forth herein, and with this Court retaining exclusive jurisdiction to enforce the Settlement Agreement.

10. As provided in the Settlement Agreement, all members of the Ohio Class who did not opt out of the Settlement have released all Settled Claims against the Released Parties as defined in the Settlement Agreement.

11. The following members of the Ohio Class timely opted out of the Settlement: Kevin Binaut and Darrell Mitchell. These opt-outs will receive no distribution from this Settlement and do not release any claims against the Released Parties as defined in the Settlement Agreement.

12. As provided in the Settlement Agreement, all Participating Claimants who properly and timely submitted Consent to Join Settlement Forms have released all Settled Claims against the Released Parties as defined in the Settlement Agreement.

13. This Order is not admissible as evidence for any purpose against Defendant in any pending or future litigation. This Order shall not be construed or used as support for conditional certification or certification of any class or collective action. This Order shall not be construed or used as an admission, concession, or declaration by or against Defendant of any fault, wrongdoing, breach, or liability and Defendant specifically denies any such fault, breach, liability, or wrongdoing. This Order shall not be construed or used as an admission, concession, declaration, or waiver by any party of any arguments, defenses, or claims he, she, or it may have. Neither the fact of, nor any provision contained in the Settlement Agreement or its exhibits, nor any actions taken thereunder shall be construed as, offered into evidence as, received in evidence as, and/or deemed to be evidence of a presumption, concession, or admission of any kind as to the truth of any fact alleged or validity of any defense that has been, could have been, or in the future might be asserted.

14. In short, the unopposed motion for final class and collective-action settlement approval is **GRANTED**, doc. 156.

15. The Court hereby enters Judgment approving the terms of the Settlement. This Order shall constitute a Final Judgment for purposes of Fed. R. Civ. P. 58.

**IT IS SO ORDERED.**

4-29-2019

Edmund A. Sargus, Jr.
Chief United States District Judge